MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Pocci@LitchfieldCavo.com
Xara@LitchfieldCavo.com
*Attorneys for Defendant American First Credit Union*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIAN DAYANA ARIAS, | **CASE NO.:  2:25-cv-02473-JCM-DJA** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT AMERICA FIRST CREDIT UNION TO RESPOND TO COMPLAINT** |
| AMERICA FIRST CREDIT UNION, | |
| Defendant. | **(First Request)** |

        The current deadline for Defendant America First Credit Union to respond to Plaintiff Julian

Dayana Arias' complaint is January 6, 2026.  America First Credit Union has requested, and Plaintiff

has agreed, that America First Credit Union shall have up to and including January 27, 2026, to

respond to Plaintiff's complaint and to provide time for America First Credit Union to investigate the

1  dispute alleged in the complaint.

2      This is the first request for such an extension, and it is made in good faith and not for purposes

3  of delay.

4  Dated:  January 2, 2026

5  LITCHFIELD CAVO LLP                          LAW OFFICE OF KEVIN L. HERNANDEZ

6

7  By: *Marisa A Pocci*                         By:  */s/ Kevin L. Hernandez*

8  Marisa A. Pocci, Esq.                        Kevin L. Hernandez, Esq.
   Nevada Bar No. 10720                         Nevada Bar No. 12594
9  Lilith V. Xara, Esq.                         8920 W. Tropicana Avenue, Suite 101
   Nevada Bar No. 13138                         Las Vegas, Nevada 89147
10 3993 Howard Hughes Parkway, Suite 100        T: (702) 563-4450
   Las Vegas, Nevada  89169                     F: (702) 552-0408
11 Telephone:  (702) 949-3100                   kevin@kevinhernandezlaw.com
   Facsimile:  (702) 916-1776                   *Attorneys for Plaintiff Julian Dayana Arias*
12 Pocci@LitchfieldCavo.com
   Xara@LitchfieldCavo.com
13 *Attorneys for American First Credit Union*

14

15                              **ORDER**

16                 IT IS SO ORDERED:

17

18                 _____
                   UNITED STATES MAGISTRATE JUDGE
19

20                 DATED:  ___1/6/2026_____

21

22

23

24

25

26

27

28