Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIAN DAYANA ARIAS, | Case No.: 2:25-cv-02473-JCM-DJA |
| Plaintiff, | |
| v. | |
| AMERICA FIRST CREDIT UNION, | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| Defendant. | **SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Plaintiff, Julian Dayana Arias, and Defendant, America First Credit Union (collectively referred to as the "Parties"), by counsel, held a telephonic conference on **February 20, 2026**, and submit this Stipulated Discovery Plan and Scheduling Order under Federal Rule of Civil Procedure 26(f) and Local Rule 26-1. The first appearance by the Defendant in this case occurred on January 2, 2026 [ECF No. 5].

(1) FRCP 26(a)(1) Disclosures: **March 6, 2026**

(2) Amend Pleadings and Add Parties: **April 2, 2026**

(3) FRCP 26(a)(2) Disclosures (Experts):

    i.  Expert Disclosure: **May 4, 2026**

    ii.  Rebuttal Expert Disclosure: **June 3, 2026**

(4) Close of Discovery: **July 1, 2026**

Page 1 of 3

*Law Office of Kevin L. Hernandez*
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

i.   180 days from January 2, 2026

(5) <u>Dispositive Motions</u>: **July 31, 2026**

(6) <u>Pretrial Order</u>: **September 1, 2026**

(7) <u>Fed. R. Civ. P. 26(a)(3)</u> Disclosures: The disclosures required by FRCP 26(a)(3) shall be made in the joint pretrial order. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on dispositive motions or further court order.

(8) <u>Alternative Dispute Resolution</u>: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

(9) <u>Alternative Forms of Case Disposition</u>: The parties certify that they do not consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 or the use of the Short Trial Program (General Order 2013-01).

(10) <u>Electronic Evidence</u>: The parties do not anticipate discovery issues at this time and do not foresee any issues arising from the disclosure of electronically stored information. The parties agree to serve discovery requests, discovery responses, and disclosures via electronic mail or U.S. Mail. The Parties further intend to present evidence in electronic format to jurors for the purposes of jury deliberations.

(11) <u>Subjects of Discovery</u>: Discovery will be needed on the following subjects: All claims set forth in the complaint as well as the defenses relevant to the action. No discovery phases are needed or requested by the parties at this time.

(12) <u>Disclosures under Rule 26(a)</u>: Aside from electronic submission, the parties have no changes to the timing, form, or requirement for disclosures under Rule 26(a).

(13) <u>Protective Order(s)</u>: Defendant anticipates the production of confidential, trade secret, and/or commercially sensitive information during this action. As such, Defendant may request a protective order to be entered by the court to govern the use and disclosure of information that is deemed confidential, trade secret, and/or commercially sensitive.

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

(14) <u>Settlement</u>: The parties have engaged in settlement discussions.

(15) <u>Later Appearing Parties</u>: A copy of this discovery plan and scheduling order shall be served by Plaintiff on any person served after it is entered, or, if an additional defendant should appear, within five (5) days of their first appearance. This discovery plan and scheduling order shall apply to such later-appearing parties, unless the court, on motion and for good cause shown, orders otherwise.

(16) <u>Extension or Modification of the Discovery Plan and Scheduling Order</u>: LR 26-3 governs modifications or extensions to this discovery plan and scheduling order.

Dated: February 20, 2026                          Dated: February 20, 2026

**LAW OFFICE OF**                                 **LITCHFIELD CAVO LLP**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                          */s/ Lilith V. Xara*
Kevin L. Hernandez, Esq.                          Marisa A. Pocci, Esq.
Nevada Bar No. 12594                              Nevada Bar No. 10720
8920 W. Tropicana Avenue, Suite 101               Lilith V. Xara, Esq.
Las Vegas, Nevada 89147                           Nevada Bar No. 13138
kevin@kevinhernandezlaw.com                       3993 Howard Hughes Parkway, Suite 100
***Attorney for Plaintiff***                      Las Vegas, Nevada 89169
                                                  Telephone: (702) 949-3100
                                                  Facsimile: (702) 916-1776
                                                  Pocci@LitchfieldCavo.com
                                                  Xara@LitchfieldCavo.com
                                                  ***Attorneys for American First Credit Union***

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____2/24/2026_____

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408