Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIAN DAYANA ARIAS, | Case No.: 2:25-cv-02473-JCM-DJA |
| Plaintiff, | |
| v. | |
| AMERICA FIRST CREDIT UNION, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Plaintiff and Defendant (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with the Parties bearing their own attorneys' fees and costs

///

///

///

///

///

///

Page 1 of 2

*Law Office of Kevin L. Hernandez*
*8920 W. Tropicana Avenue, Suite 101*
*Las Vegas, Nevada 89147*
*TEL: (702) 563-4450  FAX: (702) 552-0408*

incurred in this action.

Respectfully Submitted.

Dated: May 7, 2026

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

/s/ Kevin L. Hernandez
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
*Attorney for Plaintiff*

Dated: May 7, 2026

**LITCHFIELD CAVO LLP**

/s/ Lilith V. Xara
Lilith V. Xara, Esq.
Nevada Bar No. 13138
*Attorneys for America First Credit Union*

## ORDER OF DISMISSAL WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are hereby dismissed with prejudice. Plaintiff and Defendant will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: May 11, 2026

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

Page 2 of 2